James S. Jackson, appellee, v. Edward C. Kohler and Henry A. Kohler, appellants. Gen. No. 24,452.

Action by a broker for commission negotiating a contract for the exchange of property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied February 10, 1919.

Stedman & Soelke, for appellants. Louis Salinger, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

J. A. Elliott, appellant, v. G. H. Adamick et al., appellees. Gen. No. 24,517.

Bill for purpose of securing delivery to complainant, or to permit him to inspect contents, of a safety deposit box in the vault of one of the defendants. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed January 27, 1919.

Delbert A. Clithero and Frank Wentworth Swett, for appellant. Gardner, Foote & Burns, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Anna S. Anderson, appellee, v. Ella M. Banta, appellant. Gen. No. 24,556.

Action against a landlord to recover for personal injuries sustained by a tenant through the breaking of a step in a common stairway. Judgment for plaintiff for $500. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied February 10, 1919.

Ashcraft & Ashcraft, for appellant; E. M. Ashcraft, of counsel. John A. Swanson and Walter A. Brendecke, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

American Paper Products Company, appellee, v. C. A. Watson & Sons, appellant. Gen. No. 24,574.

Action to recover damages for breach of contract in refusing to accept goods purchased. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed January 27, 1919. Rehearing denied February 10, 1919.

Hoyne, O'Connor & Irwin, for appellant. Edward L. England, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.